BEFORE THE UNITED STATES DISTRICT COURT

BRANDON DAVID HUNT
7526 Red Stag St.
Arlington, TX. [76002]
SERVE ON: Supervisor Personally
      Plaintiff

v.            Case Number: **4-24CV-483-0**

Internal Revenue Service
5450 Stratum Drive
Fort Worth, TX. 76137
Serve on Supervisor Personally

IRS Commissioner
5450 Stratum Drive
Fort Worth, TX. 76137
Serve on Secretary of the Treasury Personally
      Defendants



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 24 2024
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

COMPLAINT TO CLARIFY BILLING ERROR, TO
VOID CLAIM OF DEBT, AND FOR OTHER RELIEF

FACT PLEADING

1. The Plaintiff, Brandon David Hunt, Pro Se, brings this action against the Defendants, the Internal Revenue Service (IRS) and the IRS Commissioner, alleging grievances arising from actions taken by the Defendants related to tax assessment, breaches of privacy rights, and doubts as to liability.

2. The Plaintiff avers that the Defendants have infringed on Brandon David Hunt's privacy rights under the laws of Texas and federal regulations, including the Privacy Act, AND THAT AS IT IS A US GOVERNMENT CORP DEFENDANT THIS COURT HAS AUTHORITY UNDER 28 USC 1331 FEDERAL QUESTION JURISDICTION AND 28 USC 2201 AND 2202 DECLARATORY JUDGMENT AUTHORITY.

3. Hunt asserts that the Defendants have inaccurately assessed a tax liability against him, in violation of both state law and applicable federal regulations, inasmuch as they have unilaterally decided that he is one who is required to pay without due process of the law afforded to him to challenge records upon which he is viewed in the light least favorable to him and most favorable to him being accountable for liability.

4. Hunt contends that the Defendants' actions constitute a breach of their duties and obligations, which include ensuring accurate tax assessments and adherence to privacy protection requirements which includes (a) making sure that the records are accurate and complete, (b) making sure that they are timely formed, (c) making sure

that they are not irrelevant material laden, and (d) making sure that due process of the law is afforded to Plaintiff when determining things upon which adverse determinations would be made against Plaintiff.

5. Brandon David Hunt specifically points out that there is substantial doubt as to liability in this matter, as an unaccepted Offer in Compromise (OIC) is currently pending. Brandon David Hunt asserts that it is unclear how or why an analysis led to the conclusion that he is obligated to pay the assessed amount in the first instance nor how the conclusion was reached that he was (a) one who is taxable, and (b) subject to tax lien therefore.

6. Plaintiff comes for judicial inspection of the transaction where the Defendants have and maintain records on the Undersigned with his personal identifying information and they do business within the meaning of the state laws on the topic such that they must be deemed to be involved in the business of debt collection and owe due process regarding it including addressing billing errors when raised as Plaintiff has raised them here in his challenges (See notice found below at Exhibit A annexed).

7. Remedies have been exhausted in as much as the Plaintiff has issued forth notice of billing error and challenge to the perceived records error regarding his identity, standing, status and as to "labeling him' generally as a "tax payer", and DUE PROCESS application issued as well as OIC which have not been adequately answered to date.

CONCLUSION

8. The Plaintiff, Brandon David Hunt, asserts that this state lawsuit raises valid claims under Texas laws and applicable federal regulations.

9. Brandon David Hunt respectfully implores this Honorable Court to evaluate his claims and grant the remedies and relief sought in this state lawsuit.


RELIEF SOUGHT

A. Brandon David Hunt requests this Honorable Court to issue a declaratory order, declaring that the tax assessment and NFTL filing violate Texas privacy laws and federal regulations, including the Privacy Act.

B. Brandon David Hunt seeks a declaration from the Court that the Defendants' actions have adversely impacted him credit rating and necessitate appropriate remedies to rectify the incurred damage.

C. Brandon David Hunt petitions for an injunction mandating the Defendants to lift the tax lien and associated notice if either or both have not been lifted to date. She further requests correction of any inaccuracies in the tax assessment based on precise corrected privacy records inclusive of the information that he provided and then financial records if indeed they still appertain after adjusting based on the challenges.

D. Brandon David Hunt urges the Court to order the Defendants to either void the records completely if they cannot reveal and reconcile how they came to the conclusion that Plaintiff is taxable OR if and only if they can do that compel that they

negotiate a fair compromise, considering the accurate tax filing that rectifies any erroneous information.

E. Brandon David Hunt requests an award of attorney's fees and costs incurred in pursuing this lawsuit.

F. Brandon David Hunt requests any additional relief that this Honorable Court deems just and equitable under the totality of the circumstances in his favor.

G. If needed, where there is no adequate remedy at law if such fact is found, impress a trust upon the Defendants and by and through the use thereof cause the relief sought to be provided to Plaintiff.


Respectfully submitted,

/s/_x_____ [L.S./SEAL]
BRANDON DAVID HUNT
7526 Red Stag St.
Arlington, TX. [76002]

# EXHIBIT A

TO
Dept of the Treasury
IRS
Small Business/Self Employed Division
5450 Stratum Dr Ste 150
Fort Worth, Texas. 76137

OFFICE OF TAX APPEALS DIVISION
Care of
5450 Stratum Dr Ste 150
Fort Worth, Texas. 76137
Attn: Supervisor Personally V.C. Sandles

OFFICE OF TAX APPEALS (Nat'l oversight)
@ the address for Tax Appeals Etc.

RE: This Enumerated Complaint for Administrative Exhaustion and Proposal for Offer in Compromise and Notice of Intent to Sue due to the lawful Protest included herein in accord with Administrative Exhaustion Protocols promoted and promulgated for use in these situations …

To Whom It May Concern,

As to the issues raised herein according to the IRS, "a letter [or Notice] challenging and/or seeking appeal [exhaustion] should include the following:

1. Taxpayer's name, address, and contact information.
2. A statement expressing your desire to appeal IRS's findings to the Office of Appeals.
3. The tax period in question
4. A list of the items you do not agree with and the corresponding reasons.

I am writing to raise an enumerated complaint and appeal regarding the tax assessment, and subsequent communication concerning the tax liability of BRAVI EL BEY TRUST. I seek both the "Release" and "Discharge" however in the interim for a win win I have submitted and propose an offer in compromise which I will separately appeal (exhaust remedies on) and seek judicial review if not granted.

Presumably the Lien threatened to be filed and/or filed pertains to 7526 Red Stag Street Arlington, TX [76002]. Please grant release and discharge. During the period of records correction communication and appeal/exhaustion as well as Judicial Review suspend the LIEN, the NOTICE OF LIEN, and Enforcement activities of any kind. And as record correction relief I seek

suppression altogether and nullification of all adverse decisions and impact to the Undersigned and BRAVI EL BEY TRUST the instrumentality (which is generation skipping in nature to sufficient degree to warrant presumption of zero taxation additionally 508 criteria may apply warranting exemptions under Amendment 2 US Const. basis (also see Art. 1,2,3, amd. 1,2,4,5,14).

To be specific the obligation claimed is accepted for value and the Undersigned unconditionally promises to pay all just obligation without delay upon permission of presentment and/or inspection of the original contract and commercial agreement instruments creating the liability claimed and in the event where (a) it has been reassigned, and/or (b) where the same are predicated upon self analysis and self-reporting, the underlying and resulting delegations of authority transfers and designation contract and commercial agreements should be presented or exhibited for inspection that found the presumption of and obligation basis of the demands for payment including any analysis and label as "tax payer" accorded the Entity or any individual associated. To be specific in the letter it states that the Undersigned was identified as the "nominee" within the meaning of the Tax codes and IRC and as such responsible for the obligation to pay, or perform, and guarantee that such will be done under penalty of adverse action for non-performance.

Further, in furtherance of this, BRANDON DAVID HUNT would like to inspect and have explained the conclusion that he and/or BRAVI EL BEY TRUST are "taxpayers" and obligated under an analysis as such. Without this it is an inverse conclusion that because it cannot be explained why in fact one IS under such status and standing presumption that BRANDON DAVID HUNT and BRAVI EL BEY TRUST are in fact NOT. The law provides that there is no obligation to read the law in the light least favorable to oneself and in fact 5th and 14th amendment USCA protects one from having to do that.

Additionally the undersigned request to inspect the contract(s) in place that grants any agent(s) of the Internal Revenue Service authority to recover indebtedness owed, or to locate and recover assets that the Secretary of the Treasury deems appropriate for collection. (pursuant to title 31 USC § 3718)

This is timely made and the date of your mailing was 3/26/2024 thusly this COLLECTION DUE PROCESS and PRIVACY ACT RECORDS ERROR CHALLENGE IS TIMELY SUBMITTED AND SUSPENDS ALL ACTION UNTIL RESOLVED.

The following challenges and concerns are raised:
1. Errors in Tax Assessment and FTL Filing:
   a. The tax bill and FTL were filed in relation to the taxpayer BRAVI EL BEY TRUST, concerning a 1041 tax for the period ending December 31, 2019. However, it appears that errors have occurred in the assessment process, leading to a substantial overvaluation of the tax liability.
   b. The accuracy requirements of the Privacy Act have not been met, as the initial amount of the debt, does not correspond to accurate tax assessments and financial records and that is assuming - prematurely - that what were intended to be informational filings are such that could result in taxable events.

2. Breach of Privacy Act Accuracy and Completeness Requirements:
   a. potentially The Notice of Federal Tax Lien (Form 668(Y)(c)) provides information about the tax assessments, tax period, and debt amount. However, the information provided would be inaccurate, leading to a potential breach of the Privacy Act's accuracy and completeness requirements.
   b. The tax lien's attachment to properties held in the name of the taxpayer and the nominee may result in adverse credit effects. The inaccurate information further damages credit ratings, thereby infringing on the Privacy Act's safeguards.

3. Request for Notice of Anticipated Amendment:
   a. I respectfully request a notice of anticipated amendment to correct the errors in the tax assessment and debt amount.
   b. These errors have resulted in a billing error and an unjustified imposition of a tax liability for BRAVI EL BEY TRUST.

4. Request for Resolution and Compromise:
   a. I formally request the lifting of the tax lien and the associated notice, as the erroneous 1041 tax filing has contributed to an inflated tax liability.
   b. In light of the new tax filing that rectifies the inaccuracies, I am seeking a compromise to adjust the tax liability based on accurate financial records.

5. Offer in Compromise Proposal:
   a. I propose an Offer in Compromise (OIC) to settle the tax liability of BRAVI EL BEY TRUST. Given the errors in the initial tax assessment, I believe that a recalculated tax liability would be significantly lower. Specifically
   b. In good faith, I offer to pay [Proposed Amount] as a one-time settlement of the tax liability. This offer takes into account accurate financial records and the rectification of the errors in the initial assessment.

6. Exhaustion of Administrative Remedies:
   a. I acknowledge the right to appeal the filing of a Notice of Federal Tax Lien through the Collection Appeals Program, as explained in Publication 1680, Collection Appeal Rights.
   b. I intend to fully exhaust the administrative remedies available to me in order to ensure that the errors in tax assessment, FTL filing, and associated consequences are appropriately addressed. Furthermore in light of that and to further that endeavor as well as to delay and suspend the collection threats, activities, and record inaccuracy based adverse decisions being made this NOTICE is concurrently filed in the Office of Tax Appeals for the appropriate Jurisdiction and forwarded to the National Supervision Administration out of abundance of caution.

I appreciate your prompt attention to this matter and your commitment to resolving these issues in accordance with the Privacy Act's accuracy and completeness requirements. I eagerly await your response and further guidance on the steps to correct the errors, lift the tax lien, and negotiate a fair compromise. WITH YOUR RESPONSE, as this regards and addresses billing errors, accounting errors, and even personal error in self-reporting as it pertains to what is in-effect a generation skipping trust that more likely than

not qualifies for exemption inclusions as to the individuals and as to the entity itself (as exempt), please provide disclosure within 10-30 days (10 days to acknowledge privacy act challenges and 30 days to adjust the records and etcetera).

I am eager to ensure that the issues are appropriately addressed and that a fair resolution is reached. I respectfully request an update on the progress of the review and any actions taken in response to my enumerated complaint and OIC proposal.

Specifically, I would appreciate information regarding the following:

1. Status of Complaint Resolution:
    a. Have the inaccuracies in the tax assessment and FTL filing been identified and acknowledged?
    b. Is there an anticipated timeline for addressing and rectifying the errors identified in my complaint?

2. Offer in Compromise (OIC) Review:
    a. Has my proposed OIC been received and reviewed by the appropriate department?
    b. Are there any additional documents or information required to facilitate the review of the OIC?

3. Steps Towards Resolution:
    a. What steps, if any, have been taken towards lifting the tax lien and associated notice?
    b. Have there been any developments in negotiating a resolution based on accurate financial records?

To Be clear the law based policy developed states as follows despite the fact that it seems not to apply to one where a Judicial Review is desired and Court Action:

Collection Appeals Program (CAP) is available for a broad range of collection actions. CAP cases are regarding a specific collection action proposed or taken, and are generally resolved very quickly. However, you can't go to court if you disagree with the Appeals decision at the CAP hearing.

You may use the CAP process if you are involved in any of the following collection actions:
Notice of Federal Tax Lien, filed or proposed to be filed
Levy action, taken or proposed
Rejection of Installment Agreement
Termination of Installment Agreement
Modification of Installment Agreement
Dis-allowance of taxpayer request to return to levied property
Seizure
CAP Procedures

not qualifies for exemption inclusions as to the individuals and as to the entity itself (as exempt), please provide disclosure within 10-30 days (10 days to acknowledge privacy act challenges and 30 days to adjust the records and etcetera).

I am eager to ensure that the issues are appropriately addressed and that a fair resolution is reached. I respectfully request an update on the progress of the review and any actions taken in response to my enumerated complaint and OIC proposal.

Specifically, I would appreciate information regarding the following:

1. Status of Complaint Resolution:
   a. Have the inaccuracies in the tax assessment and FTL filing been identified and acknowledged?
   b. Is there an anticipated timeline for addressing and rectifying the errors identified in my complaint?

2. Offer in Compromise (OIC) Review:
   a. Has my proposed OIC been received and reviewed by the appropriate department?
   b. Are there any additional documents or information required to facilitate the review of the OIC?

3. Steps Towards Resolution:
   a. What steps, if any, have been taken towards lifting the tax lien and associated notice?
   b. Have there been any developments in negotiating a resolution based on accurate financial records?

To Be clear the law based policy developed states as follows despite the fact that it seems not to apply to one where a Judicial Review is desired and Court Action:

Collection Appeals Program (CAP) is available for a broad range of collection actions. CAP cases are regarding a specific collection action proposed or taken, and are generally resolved very quickly. However, you can't go to court if you disagree with the Appeals decision at the CAP hearing.

You may use the CAP process if you are involved in any of the following collection actions:
Notice of Federal Tax Lien, filed or proposed to be filed
Levy action, taken or proposed
Rejection of Installment Agreement
Termination of Installment Agreement
Modification of Installment Agreement
Dis-allowance of taxpayer request to return to levied property
Seizure
CAP Procedures

If your only collection contact has been a notice or telephone call:

Call the IRS telephone number shown on your notice
Explain why you disagree and that you want to appeal the decision
Be prepared to discuss your case and have all relevant information handy
Before you can start the appeals process with the Office of Appeals, you will need to first discuss your case with a Collection manager, unless the appeal involved a rejected, proposed for modification, modified, proposed for termination or terminated installment agreement
If you have already been in contact with a revenue officer:

Call the revenue officer you've been dealing with
Explain why you disagree and that you want to appeal the decision
Be prepared to discuss your case and have all relevant information handy
Before you can start the appeals process with the Office of Appeals, you will need to discuss your case with a Collection manager, unless the appeal involved a rejected, proposed for modification, modified, proposed for termination or terminated installment agreement
Complete Form 9423, Collection Appeals Request PDF
Submit the completed Form 9423 to the revenue officer within 3 business days of your conference with the Collection manager

Note that the Undersigned chooses more than Collection Action Protest or Collection Action Review. The nature of this submission is protest, notice of intent to sue, and notice of application to suppress collection action and to suspend the same, the assessment, the self-assessment that all is based on, and to provide redress for the errors in the records and billing.

You are entitled to a Collection Due Process (CDP) hearing with Appeals if the IRS sends you a notice that states you have the right to request a CDP hearing, such as:

Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320
Final Notice - Notice of Intent to Levy and Notice of Your Right to A Hearing
Notice of Jeopardy Levy and Right of Appeal
Notice of Levy on Your State Tax Refund – Notice of Your Right to a Hearing
Post Levy Collection Due Process (CDP) Notice
CDP Procedures

You generally have 30 days from the date of the notice to timely request a CDP hearing
Complete Form 12153, Request for a Collection Due Process or Equivalent Hearing PDF
It's important to identify all the reasons for any disagreement you have
Send the completed Form 12153 to the same address that is shown on your CDP Notice
If your request is timely made, you will be entitled to an Appeals hearing and to seek judicial review of that hearing with the Tax Court
If your request is timely, IRS levy action is generally suspended against you for the tax periods you appealed

If your request is not timely, you are still entitled to request a CDP Equivalent Hearing with Appeals within the 1-year period described in the Form 12153. However, if you still disagree with the Appeals decision in the Equivalent Hearing you have no right to judicial review by the Tax Court

Sincerely,

/s/x _____. [L.S./SEAL]
Mr. Brandon David Hunt
Regarding BRANDON DAVID HUNT [sic] &
as and for BRAVI EL BEY TR [sic]

[Enclosures: Relevant supporting documents, if applicable]

CC: [Applicable Internal Revenue Service Address - Attention: Collections Department]
   [Applicable Office of Appeals Address]
   [BCC: Any other relevant parties]



**4-24CV-483-O**

**RECEIVED**
MAY 24 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

JS 44 (Rev. 04/21) (TXND 4/21)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Brandon David Hunt

### DEFENDANTS
Internal Revenue Service
IRS COMMISSIONER

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
7526 Red Stag Street
Arlington, TX 76002

Attorneys *(If Known)*
Serve on Attorney General
950 Pennsylvania Ave NW Washington, DC 20530

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____
Brief description of cause:
_____

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ N/A

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 5/20/2024

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____